UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| David Nichols, | Civil Action No.: 4:14-cv-00838-ERW |
| Plaintiff, | |
| v. | |
| Medicredit, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Medicredit, Inc. with prejudice and without costs to any party.

**DATED:** September 11, 2014

| David Nichols | Medicredit, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Scott J. Dickenson |
| Sergei Lemberg, Esq. | Scott J. Dickenson |
| LEMBERG LAW, LLC | Lathrop & Gage LLP |
| 1100 Summer Street, 3rd Floor | 27777 Franklin Road, Suite 2500 |
| Stamford, CT 06905 | Southfield, Michigan 48034 |
| (203) 653-2250 | (248) 351-3000 |
| slemberg@lemberglaw.com | sdickenson@lathropgage.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Missouri Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

Scott J. Dickenson
Lathrop & Gage LLP
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034

                                              By  /s/ Sergei Lemberg
                                                    Sergei Lemberg